# United States Court of Appeals
## For the First Circuit

No. 03-1678

EILEEN CROWLEY,

Plaintiff, Appellant,

v.

L.L. BEAN, INC.,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on March 17, 2004, is amended as follows:

Page 10, lines 16-17: delete the text ", submitted to the district court days after this court's mandate issued,"